Laurence F. Padway, (SBN 89314)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
   Frances Fletcher

SEAN P. NALTY (SBN 121253)
sean.nalty@wilsonelser.com
SHILPA G. DOSHI (SBN 253024)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2718
Telephone:     (415) 433-0990
Facsimile:     (415) 434-13470

Attorneys for Defendants
NEW UNITED MOTOR MANUFACTURING, INC.
EMPLOYEE DISABILITY PLAN and
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES FLETCHER,<br><br>    Plaintiff,<br>    vs.<br><br>NEW UNITED MOTOR MANUFACTURING, INC. EMPLOYEE DISABILITY PLAN,<br><br>    Defendant.<br>_____/<br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Real Party In Interest<br>_____/ | No. C09-03407 CW<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE DISMISSAL |

Stip re Dismissal                                           1

1  Whereas, settlement in the above matter has been reached.  The parties, by and through their
2  respective counsel of record, hereby stipulate and agree that the above named action be dismissed,
3  with prejudice and in its entirety as to each party and Real Party in Interest, with each party to be
4  responsible for their own attorney's fees and costs.

Date: March 31, 2010          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:    /s/_____
       SEAN P. NALTY
       SHILPA G. DOSHI
       Attorneys for Defendant
       NEW UNITED MOTOR MANUFACTURING, INC.
       EMPLOYEE DISABILITY PLAN and LIFE INSURANCE
       COMPANY OF NORTH AMERICA

Date: March 31, 2010          LAW OFFICES OF LAURENCE F. PADWAY

By:    /s/_____
       LAURENCE F. PADWAY
       Attorneys for Plaintiff
       FRANCES FLETCHER

PURSUANT TO STIPULATION, IT IS ORDERED that this matter is dismissed with prejudice as to all parties, all real parties in interest, and all claims for relief, each party to be responsible for their own attorney's fees and costs.

Date: 4/5/2010          By: _____
                             Honorable Claudia Wilken
                             United States District Court Judge

Stip re Dismissal                              2